Case 4:22-cv-03499   Document 12   Filed on 02/06/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST, 2006-AM1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AM1<br><br>　　　　Plaintiff,<br><br>v.<br><br>VENISSA FORD A/K/A VENISSA MOSLEY, JASON MOSLEY, QUINTEN TYLER, CHERYL AHAMBA, BERNAL LINDSEY, BERMOINE LINDSEY, JR., DESTINY ROSS, JERMOINE LINDSEY, ELAINE JACKSON A/K/A ELAINE JACKSON LINDSEY, AS NEXT-FRIEND OF A.L., A MINOR, ADRAIN LINDSEY, MARCUS LINDSEY, AND DIANA LINDSEY<br><br>　　　　Defendants. | Civil Action No. 4:22-cv-3499 |

**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE
INITIAL PRETRIAL SCHEDULING CONFERENCE**

U.S. Bank N.A., As Trustee for the Registered Holders of MASTR Asset Backed Securities Trust, 2006-AM1, Mortgage Pass-Through Certificates, Series 2006-AM1 ("U.S. Bank" or "Plaintiff") filed its *Motion to Continue Initial Pretrial Scheduling Conference* (the "Motion"). After a review of the Motion, it is determined that the same should be and hereby is **GRANTED.**

It is therefore **ORDERED** that all the Initial Pretrial Scheduling Conference is continued until April 14, 2023, 2023 at 9:30 o'clock a.m.

**SIGNED** this the 6th day of February, 2023 at Houston, Texas.

_____
Alfred H. Bennett
**United States District Judge**