IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST, 2006-AM1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AM1<br><br>Plaintiff,<br><br>v.<br><br>VENISSA FORD A/K/A VENISSA MOSLEY, JASON MOSLEY, QUINTEN TYLER, CHERYL AHAMBA, BERNAL LINDSEY, BERMOINE LINDSEY, JR., DESTINY ROSS, JERMOINE LINDSEY, ELAINE JACKSON A/K/A ELAINE JACKSON LINDSEY, AS NEXT-FRIEND OF A.L., A MINOR, ADRAIN LINDSEY, MARCUS LINDSEY, AND DIANA LINDSEY<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-3499 |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Came on to be considered this day the *Notice of Voluntary Dismissal Without Prejudice* ("Notice") pursuant to Rule 41 of the Federal Rules of Civil Procedure filed by U.S. Bank N.A., As Trustee for the Registered Holders of MASTR Asset Backed Securities Trust, 2006-AM1, Mortgage Pass-Through Certificates, Series 2006-AM1 ("U.S. Bank" or "Plaintiff"). After considering the Notice, the Court finds it has merit and hereby **GRANTS** the relief requested therein. It is therefore

**ORDERED, ADJUDGED and DECREED** that the relief requested is granted in its entirety and all claims brought by Plaintiff in this cause against Defendants Venissa Ford a/k/a

Venissa Mosley, Jason Mosley, Quentin Tyler, Cheryl Ahamba, Bernal Lindsey, Bermoine Lindsey Jr., Destiny Ross, Jermoine Lindsey, Elaine Jackson, as next-friend of A.L., a minor, Adrain Lindsey, and Marcus Lindsey are hereby voluntarily dismissed without prejudice to the re-filing of same. Costs are taxed against the party incurring same. It is further,

**ORDERED, ADJUDGED and DECREED** that this dismissal without prejudice will finally dispose of all claims against Defendants Venissa Ford a/k/a Venissa Mosley, Jason Mosley, Quentin Tyler, Cheryl Ahamba, Bernal Lindsey, Bermoine Lindsey Jr., Destiny Ross, Jermoine Lindsey, Elaine Jackson, as next-friend of A.L., a minor, Adrain Lindsey, and Marcus Lindsey. Plaintiff's claims against Defendant Diana Lindsey remain pending before the Court.

**SIGNED** this the _____ day of 2024.

_____
**YVONNE Y. HO**
**UNITED STATES MAGISTRATE JUDGE**