United States District Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. Bank N.A., | § | |
| *Plaintiff,* | § | |
| v. | § | Case No. 4:22-cv-03499 |
| Leal Lindsey, et al., | § | |
| *Defendant.* | § | |

## ORDER STRIKING MOTION FOR LEAVE

Plaintiff U.S. Bank N.A. filed a motion for leave to file a second amended complaint. Dkt. 49. But the certificate of conference is deficient, as it fails to indicate whether Defendant opposes the requested relief. *See* Judge Alfred H. Bennett's Court Procedures ¶ 5(c) ("All motions must contain a certificate of conference ... stating whether the relief sought is opposed or unopposed.").

Plaintiff's motion for leave (Dkt. 49)—as well as its separately-filed second amended complaint, for which leave has yet to be granted (Dkt. 50)—are therefore **STRICKEN**. This Order is without prejudice to Plaintiff filing a compliant version of its motion. Any further amended complaint, however, cannot be filed unless and until the Court grants leave to file it.

**SIGNED** on April 16, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge