IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST, 2006-AM1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AM1<br><br>　　Plaintiff,<br><br>v.<br><br>VENISSA FORD A/K/A VENISSA MOSLEY, JASON MOSLEY, QUINTEN TYLER, CHERYL AHAMBA, BERNAL LINDSEY, BERMOINE LINDSEY, JR., DESTINY ROSS, JERMOINE LINDSEY, ELAINE JACKSON A/K/A ELAINE JACKSON LINDSEY, AS NEXT-FRIEND OF A.L., A MINOR, ADRAIN LINDSEY, MARCUS LINDSEY, AND DIANA LINDSEY<br><br>　　Defendants. | Civil Action No. 4:22-cv-3499 |

## JOINT NOTICE OF SETTLEMENT

**COME NOW**, Plaintiff U.S. Bank N.A., As Trustee for the Registered Holders of MASTR Asset Backed Securities Trust, 2006-AM1, Mortgage Pass-Through Certificates, Series 2006-AM1 ("U.S. Bank" or "Plaintiff") and Defendant Diana Lindsey, as Independent Executor of the Estate of Leal Lindsey ("Defendant") (collectively, the Parties") and file this their Joint Notice of Settlement and respectfully show the Court as follows:

### I.

The Parties respectfully notify the Court that they have reached a resolution of this matter. The Parties are currently working to finalize their settlement agreement and need

additional time to effectuate the terms of the settlement including the sale and closing of the property at issue in this lawsuit. As part of the terms of settlement, the Parties have agreed to submit dismissal documents to this Court. To that end, the Parties request the Court place this case on its disposition docket in sixty (60) days.

        Respectfully submitted,

By: */s/ Crystal G. Gibson*
    **CRYSTAL G. GIBSON**
    **LEAD COUNSEL**
    Texas Bar No. 24027322
    Southern District Admission #706039
    cgibson@mwzmlaw.com

    **JOHN M. GREGORY**
    Texas Bar No. 24138787
    Southern District Admission #3869561
    jgregory@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Mark A. Carrigan - signed with permission*
    **MARK A. CARRIGAN**
    Texas Bar No. 03875200
    eservice@carriganlawgroup.com

**CARRIGAN LAW GROUP, P.C.**
3100 Timmons Lane, Suite 210
Houston, Texas 77027
Telephone: 713-337-3950
Facsimile: 888-858-2140

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the March 18, 2025, a true and correct copy of the foregoing document was delivered via ECF notification to the party listed below:

Mark A. Carrigan
3100 Timmons Lane, Suite 210
Houston, Texas 77027
Phone: 713-337-3950 / Fax: 888-858-2140
Email: eservice@carriganlawgroup.com
*Attorney for Defendant Diana Lindsey, as*
*Independent Executor of the Estate of Leal Lindsey*

                                     */s/ Crystal G. Gibson*
                                     **CRYSTAL G. GIBSON**